UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL KELLER,

    Plaintiff,

v.                                    Case No. 1:23-cv-251-AW-MJF

CORPOREAL JAMES, *et al.,*

    Defendants.
_____/

**REPORT AND RECOMMENDATION**

    Plaintiff Michael Keller, proceeding *pro se*, initiated this action on September 19, 2023, by filing a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. At the time, Keller was a pre-trial detainee confined at the Levy County Jail. *Id* at 2.

    On November 1, 2023, the undersigned outlined several deficiencies in Keller's complaint and ordered Keller to file an amended complaint (or a notice of voluntary dismissal) by December 1, 2023. *See* Doc. 5. The undersigned warned Keller that failure to comply with the order likely would result in this case being dismissed. *Id*. at 12. To date, Keller has not complied with the order dated November 1, 2023, and has not

responded to the 14-day show cause order issued on December 18, 2023. Doc. 6.[1]

Based on the foregoing, the undersigned respectfully **RECOMMENDS** that:

1. This action be **DISMISSED** without prejudice for Plaintiff's failure to comply with court orders.[2]

2. The clerk of court be directed to close this case file.

At Panama City, Florida, this 13th day of February, 2024.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**

---

[1] After Keller was transferred to the custody of the Florida Department of Corrections, the clerk of court twice re-mailed a copy of the show-cause order to Keller at his FDC address with his FDC inmate number. *See* Docs. 9, 10. Neither mailing has been returned to the court. The last mailing, Doc. 10, was on January 12, 2024.

[2] "Federal courts possess an inherent power to dismiss a complaint for failure to comply with a court order." *Foudy v. Indian River Cnty. Sheriff's Off.*, 845 F.3d 1117, 1126 (11th Cir. 2017) (citations omitted); N.D. Fla. Loc. R. 41.1 (authorizing the court to dismiss an action, or any claim within it, "[i]f a party fails to comply with an applicable rule or a court order").

## NOTICE TO THE PARTIES

**The District Court referred this case to the undersigned to make recommendations regarding dispositive matters.** *See* **28 U.S.C. § 636(b)(1)(B), (C); Fed. R. Civ. P. 72(b). Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the report and recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only.</u> A party must serve a copy of any objections on all other parties. A party who fails to object to this report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.** *See* **11th Cir. R. 3-1; 28 U.S.C. § 636.**