IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHAEL KELLER,**

    **Plaintiff,**

v.                                                       Case No. 1:23-cv-251-AW-MJF

**CORPORAL JAMES, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se Plaintiff Michael Keller appears to have abandoned his case. He failed to comply with a court order, and he then failed to respond to a show-cause order. The magistrate judge now recommends dismissal (ECF No. 11), and Keller has not filed any objection.

I agree with the magistrate judge. I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on March 15, 2024.

                                        s/ *Allen Winsor*
                                        United States District Judge